IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CV446 |
| Plaintiff, | ) | |
| | ) | ANSWER TO COMPLAINT |
| vs. | ) | FOR FORFEITURE |
| | ) | |
| $34,000.00 in U.S. CURRENCY, | ) | |
| Defendant. | ) | |

COMES NOW the Claimant, MARIUSZ ZERANSKI, and Answers the cause of action against Defendant as follows:

1. Paragraph 1 of Verified Complaint: Admit
2. Paragraph 2 of Verified Complaint: Admit
3. Paragraph 3 of Verified Complaint: Admit
4. Paragraph 4 of Verified Complaint: Admit
5. Paragraph 5 of Verified Complaint: Admit
6. Paragraph 6 of Verified Complaint: Denies all allegations contained therein and with specific reference to a, b, c, d, e, f, g, h, I, j, k, l, m, n, and o, as claimant lacks knowledge of the events described and on such basis denies.
7. Paragraph 7 of Verified Complaint: Denies

WHEREFORE, Claimant requests that the currency seized be returned and not be condemned nor be forfeited and that costs be awarded for defending this action and for such other and further relief as this Court may deem just and equitable.

By:
/s/ Brent M. Bloom, #18239
416 South 14th Street
Omaha, Nebraska 68102
(402) 342-2833
Attorney for Defendant

## VERIFICATION

I, Mariusz Zeranski, Claimant for the Defendant currency have read the Answer to Complaint for Forfeiture and know the contents therein and state that the facts set forth are true and correct to the best of my knowledge and belief.
I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of October 2008.

_Mariusz Zeranski_
MARIUSZ ZERANSKI, Claimant

State of Illinois
County of Cook
Signed and sworn (or affirmed) to before me on
31 Oct 2008 (date) by MARIUSZ ZERANSKI
(name of person making statement).
(seal)

_Elizabeth Jarvis_
signature of notary public

"OFFICIAL SEAL"
ELIZABETH J. JARVIS
Notary Public, State of Illinois
My Commission Expires July 29, 2012