# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CV446 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| $34,000.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court *sua sponte.* On November 4, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 14. No such report has been filed.

    Accordingly,

**IT IS ORDERED:**

    The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before January 5, 2009 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

    DATED this 24th day of December, 2008.

                                                                 BY THE COURT:

                                                                  s/Thomas D. Thalken
                                                                 United States Magistrate Judge