# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) $34,000.00 IN UNITED STATES ) CURRENCY, ) ) Defendant. ) | 8:08CV446 ORDER |

Upon the oral request of counsel for the parties, the **pretrial conference** previously scheduled for December 18, 2009, at 2:00 p.m. is hereby **rescheduled to January 7, 2010, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED this 17th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge