IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV446 |
| | ) | |
| v. | ) | |
| | ) | |
| $34,000.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the undersigned judge on January 14, 2009, by the attorney for the plaintiff,

IT IS ORDERED that:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned judge **on or before February 15, 2010**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. The nonjury trial scheduled for January 21, 2010, is canceled.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 41.1.

DATED this 19th day of January, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge